**Order entered January 12, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01422-CR

### EX PARTE HOWARD HOLLAND

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 29317A-422**

## ORDER

Before the Court is appellant's January 8, 2018 motion for an extension of time to file his brief and request for a copy of the record. Appellant's motion is **GRANTED** to the extent the time to file appellant's brief is extended to **February 12, 2018**. The State's brief shall be due on **March 5, 2018**. The appeal will still be submitted on **March 6, 2018**. If either party fails to file their brief by the due date, the appeal will be submitted without that party's brief.

To the extent appellant is requesting a free copy of the record, appellant's request is **DENIED**. *See In re Bonilla*, 424 S.W.3d 528, 532 (Tex. Crim. App. 2014) (concluding indigent applicants do not have a right to a free record to pursue collateral attacks upon their convictions).

If appellant desires to obtain a copy of the record, the clerk's record is 161 pages and may be purchased by mail from the Clerk of the Court for $16.10, payable by check or money order. The record may also be purchased with cash in person at the Clerk's office. Additionally, there is a thirteen-page supplemental clerk's record that supplements the record with the trial court's

certification of the right to appeal and the State's response and trial court order on appellant's motion for appointment of counsel. If appellant desires to purchase both the clerk's record and the supplemental clerk's record, the total fee amounts to $17.40.

/s/      DAVID L. BRIDGES
         JUSTICE